1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

VIRGINIA M. LAMBRIX, *et al.*,
individually and on behalf of all others
similarly situated,

12

13

                    Plaintiffs,

14

        v.

15

TESLA, INC.,

16

                    Defendant.

17

Case No. 3:23-cv-1145-TLT (Lead Case)
Case No. 3:23-cv-1496-TLT
Case No. 3:23-cv-1543-TLT
Case No. 3:23-cv-2035-TLT
Case No. 3:23-cv-2352-TLT

~~**[PROPOSED]**~~ **ORDER GRANTING
STIPULATED MOTION TO
VOLUNTARILY DISMISS WITH
PREJUDICE**

Judge:      Honorable Trina L. Thompson

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Parties' Stipulated Motion to Voluntarily Dismiss with Prejudice, the Court hereby dismisses *Lambrix, et al. v. Tesla, Inc*., Case No. 3:23-cv-1145-TLT (Lead Case), and the consolidated cases: Case Nos. 3:23-cv-1496-TLT; 3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.   All cases are dismissed with prejudice, but without costs and attorneys' fees to either party.

IT IS SO ORDERED.

Dated: _____ June 9 _____, 2025

The Honorable Trina L. Thompson
United States District Judge

1